FILED

TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

ENTERED

JUL 21 2004

TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

**STANDING ORDER IN RE:**
**ASSIGNMENT AND REFERRAL OF CIVIL ACTIONS**
**AND MATTERS TO MAGISTRATE JUDGES**

Pursuant to Title 28, United States Code Section 636, it is hereby **ORDERED** that certain types of civil actions and matters shall be assigned and referred as follows:

* For the Beckley and Bluefield Divisions: to the Honorable R. Clarke VanDervort, United States Magistrate Judge;

* For the Charleston and Parkersburg Divisions: to the Honorable Mary E. Stanley, United States Magistrate Judge; and

* For the Huntington Division: to the Honorable Maurice G. Taylor, Jr., United States Magistrate Judge.

The matters referred in <u>all</u> civil cases are:

1. Applications to proceed <u>in forma pauperis</u>;
2. Discovery disputes; and
3. Discovery disputes that arise post-judgment (e.g., interrogatories in aid of execution, judgment debtor examinations, motions to compel answers to suggestions).

The types of civil cases that are referred for total pretrial management and submission of proposed findings of fact and recommendations for disposition are:

1. Actions for judicial review of administrative determinations under the Social Security Act, 42 U.S.C. § 301 et seq. (i.e., Social Security appeal cases);
2. Actions filed by persons who are proceeding <u>pro se</u>, whether or not they are in custody, until such person is represented by retained counsel; and
3. Actions filed by persons pursuant to 28 U.S.C. §§ 2241, 2254, and 2255, whether or not they are represented by counsel.

The types of jury or nonjury civil matters assigned for all proceedings, including entry of judgment, are:

    1. Actions in which all parties have consented to proceed before a United States magistrate judge;

    2. Applications for award of attorneys' fees and expenses under the Social Security Act (42 U.S.C. § 301 et seq.) or the Equal Access to Justice Act (5 U.S.C. § 504; 28 U.S.C. § 2412).

This Standing Order SUPERSEDES all previous Standing Orders In Re: Assignment and Referral of Civil Actions and Matters to Magistrate Judges issued by this Court.

The Clerk is directed to enter this Order in each civil action affected by this order filed on or after _July 21, 2004_ and to transmit copies to counsel of record and to any unrepresented parties.

Enter:

_David A. Faber_
David A. Faber, Chief Judge

_John T. Copenhaver, Jr._
John T. Copenhaver, Jr., Judge

_Joseph R. Goodwin_
Joseph R. Goodwin, Judge

_Robert C. Chambers_
Robert C. Chambers, Judge

_Robert J. Staker_
Robert J. Staker, Senior Judge