# OFFICE OF THE SECRETARY OF STATE
## STATE OF WEST VIRGINIA



**Betty Ireland**
Secretary of State

Building 1, Suite 157-K
1900 Kanawha Blvd., East
Charleston, West Virginia 25305
Telephone: 304-558-6000
Toll Free: 866-SOS-VOTE
www.wvsos.com

# LEGAL NOTICE

Ronald D. Lawson, Clerk
United States District Court
Southern District of West Virginia
300 Virginia Street East #2400
Charleston, WV 25301-2523

October 31, 2005

Civil Action: 2:05-0822

**FILED**
NOV - 3 2005
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

I am enclosing:

| | |
|---|---|
| \_\_\_\_ summons | _1_ original |
| \_\_\_\_ notice | \_\_\_\_ affidavit |
| \_\_\_\_ order | \_\_\_\_ answer |
| \_\_\_\_ petition | \_\_\_\_ cross-claim |
| \_\_\_\_ motion | \_\_\_\_ counterclaim |
| \_\_\_\_ interrogatories | \_\_\_\_ request |
| \_\_\_\_ suggestions | \_\_\_\_ demand |
| \_\_\_\_ subpoena duces tecum | \_\_\_\_ default judgement |
| \_\_\_\_ summons and complaint | \_\_\_\_ complaint |
| \_\_\_\_ 3rd party summons and complaint | \_\_\_\_ notice of mechanic's lien |
| \_\_\_\_ summons returned from post office | \_\_\_\_ suggestee execution |
| _1_ certified return receipt | \_\_\_\_ summons and amended complaint |

which was served on the Secretary at the State Capitol in her capacity as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of White Mountain Mining Co., LLC.

Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about these documents directly to the court or to the plantiff's attorney, shown in the enclosed paper. Please do not call the Secretary of State's office.

Sincerely,

*Vicki Haught*

Vicki Haught
Manager

AO 440 (Rev. 8/01) | SDWV/CIV-004 (4/05) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

AMERICAN METALS & COAL
INTERNATIONAL, INC., a Delaware
corporation,

          Plaintiff,

V.

WHITE MOUNTAIN MINING CO., LLC,
a West Virginia limited liability company;
and APACHE MINING CO., L.L.C., a
West Virginia limited liability company,

          Defendants.

SUMMONS IN A CIVIL ACTION
CIVIL ACTION NO. 2:05-0822

TO [Name and address of defendant]:

WHITE MOUNTAIN MINING CO., LLC
c/o Joseph C. Phillips
109 Appalachian Drive
Beckley, WV 25801

**YOU ARE HEREBY SUMMONED** and required to serve on [Name and address of Attorney(s) for Plaintiff(s)]:

Brian A. Glasser (WVSB # 6597)
Bailey & Glasser, LLP
227 Capitol Street
Charleston, WV 25301

A. B. Maloy (WVSB # 9305)
Bailey & Glasser, LLP
227 Capitol Street
Charleston, WV 25301

an answer to the complaint which is served on you with this summons, within 20 days of service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TERESA L. DEPPNER, CLERK OF COURTS      DATE: OCT 11 2005

BY: _Eugenia Berger_
      DEPUTY CLERK

M01  k  $40.00  10/26/2005  531739

AO 440 (Rev. 8/01) | SDWV/CIV-004 (4/05) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________ ____________________
Date *Signature of Server*

____________________
*Address of Server*

SECRETARY OF STATE
STATE OF WEST VIRGINIA

2005 OCT 26 AM 11:12

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ACCEPTED FOR
SERVICE OF PROCESS

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7160 3901 9848 9218 4745 | A. Received by (Please Print Clearly) Andrea S. Lynch | B. Date of Delivery 10-28-05 |
| | C. Signature X [signature] | ☐ Agent ☐ Addressee |
| 3. Service Type  CERTIFIED MAIL | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 4. Restricted Delivery? (Extra Fee)  ☐ Yes | | |
| 1. Article Addressed to: 2:05-0822 White Mountain Mining Co., LLC Joseph C Phillips 109 Appalachian Drive Beckley, WV 25801 | | |

PS Form 3811, July 2001    Domestic Return Receipt