# OFFICE OF THE SECRETARY OF STATE
## STATE OF WEST VIRGINIA



**Betty Ireland**
Secretary of State

Building 1, Suite 157-K
1900 Kanawha Blvd., East
Charleston, West Virginia 25305
Telephone: 304-558-6000
Toll Free: 866-SOS-VOTE
www.wvsos.com

# LEGAL NOTICE

Ronald D. Lawson, Clerk
United States District Court
Southern District of West Virginia
300 Virginia Street East #2400
Charleston, WV 25301-2523

October 31, 2005

Civil Action: 2:05-0822

I am enclosing:

- \_\_\_\_ summons
- \_\_\_\_ notice
- \_\_\_\_ order
- \_\_\_\_ petition
- \_\_\_\_ motion
- \_\_\_\_ interrogatories
- \_\_\_\_ suggestions
- \_\_\_\_ subpoena duces tecum
- \_\_\_\_ summons and complaint
- \_\_\_\_ 3rd party summons and complaint
- \_\_\_\_ summons returned from post office
- \_\_1\_\_ certified return receipt

- \_\_1\_\_ original
- \_\_\_\_ affidavit
- \_\_\_\_ answer
- \_\_\_\_ cross-claim
- \_\_\_\_ counterclaim
- \_\_\_\_ request
- \_\_\_\_ demand
- \_\_\_\_ default judgement
- \_\_\_\_ complaint
- \_\_\_\_ notice of mechanic's lien
- \_\_\_\_ suggestee execution
- \_\_\_\_ summons and amended complaint

FILED
NOV - 3 2005
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

which was served on the Secretary at the State Capitol in her capacity as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of Apache Mining Co., LLC.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about these documents directly to the court or to the plaintiff's attorney, shown in the enclosed paper. Please do not call the Secretary of State's office.*

Sincerely,

Vicki Haught
Manager

AO 440 (Rev. 8/01) | SDWV/CIV-004 (4/05) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

AMERICAN METALS & COAL
INTERNATIONAL, INC., a Delaware
corporation,

          Plaintiff,

V.

WHITE MOUNTAIN MINING CO., LLC,
a West Virginia limited liability company;
and APACHE MINING CO., L.L.C., a
West Virginia limited liability company,

          Defendants.

SUMMONS IN A CIVIL ACTION
CIVIL ACTION NO. 2:05-0822

**TO** [Name and address of defendant]:

Apache Mining Co., L.L.C.
c/o John A. Rollins
300 Summers Street, Suite 700
Charleston, WV 25301

**YOU ARE HEREBY SUMMONED** and required to serve on [Name and address of Attorney(s) for Plaintiff(s)]:

Brian A. Glasser (WVSB #6597)
Bailey & Glasser, LLP
227 Capitol Street
Charleston, WV 25301

A. B. Maloy (WVSB #9305)
Bailey & Glasser, LLP
227 Capitol Street
Charleston, WV 25301

an answer to the complaint which is served on you with this summons, within 20 days of service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TERESA L. DEPPNER, CLERK OF COURTS

DATE: OCT 1 1 2005

BY: _Eugenia Berger_
     DEPUTY CLERK

**ACCEPTED FOR SERVICE OF PROCESS**

**2005 OCT 26 AM 11:12**

**SECRETARY OF STATE
STATE OF WEST VIRGINIA**

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| Executed on _____ | _____ |
| | Date     Signature of Server |
| | _____ |
| | Address of Server |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

## DECLARATION OF SERVER

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## STATEMENT OF SERVICE FEES

☐ Other (specify):

☐ Returned unexecuted:

Name of person with whom the summons and complaint were left:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Served personally upon the defendant. Place where served:

*Check one box below to indicate appropriate method of service*

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| DATE | |

Service of the Summons and complaint was made by me(1)

## RETURN OF SERVICE

AO 440 (Rev. 8/01) | SDWV/CIV-004 (4/05) Summons in a Civil Action

**2. Article Number**

|||||||||||
7160 3901 9848 9218 4738

**3. Service Type**   CERTIFIED MAIL

**4. Restricted Delivery?** *(Extra Fee)*   ☐ Yes

**1. Article Addressed to:**
2:05-0822
Apache Mining Co., LLC
John A. Rollins
300 Summers Street
Suite 700
Charleston, WV  25301

**COMPLETE THIS SECTION ON DELIVERY**

**A. Received by (Please Print Clearly)**   **B. Date of Delivery**
Kelly Richardson   10-28

**C. Signature**
X *Kelly Richardson*   ☐ Agent
  ☐ Addressee

**D. Is delivery address different from item 1?**   ☐ Yes
If YES, enter delivery address below:   ☐ No

PS Form 3811, July 2001          Domestic Return Receipt