OFFICE OF THE SECRETARY OF STATE
STATE OF WEST VIRGINIA



**Betty Ireland**
Secretary of State

Building 1, Suite 157-K
1900 Kanawha Blvd., East
Charleston, West Virginia 25305
Telephone: 304-558-6000
Toll Free: 866-SOS-VOTE
www.wvsos.com

# LEGAL NOTICE

Teresa L. Deppner, Clerk
United States District Court
Southern District of West Virginia
300 Virginia Street East #2400
Charleston, WV 25301-2523

December 22, 2005

Civil Action: 2:05-0822

I am enclosing:

| | |
|---|---|
| ____ summons | _1_ original |
| ____ notice | ____ affidavit |
| ____ order | ____ answer |
| ____ petition | ____ cross-claim |
| ____ motion | ____ counterclaim |
| ____ interrogatories | ____ request |
| ____ suggestions | ____ demand |
| ____ subpoena duces tecum | ____ default judgement |
| ____ summons and complaint | ____ complaint |
| ____ 3rd party summons and complaint | ____ notice of mechanic's lien |
| ____ summons returned from post office | ____ suggestee execution |
| _1_ certified return receipt | ____ summons and amended complaint |

**FILED**
DEC 28 2005
TERESA L. DEPPNER, CLERK
U.S. District &amp; ~~Bankruptcy Courts~~
Southern District of West ~~Virginia~~

which was served on the Secretary at the State Capitol in her capacity as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of American Metallurgical Coal Sales, LLC.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about these documents directly to the court or to the plaintiff's attorney, shown in the enclosed paper. Please do not call the Secretary of State's office.*

Sincerely,

*Vicki Haught*

Vicki Haught
Manager

UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ WEST VIRGINIA _____

AMERICAN METALS & COAL
INTERNATIONAL, INC.,
a Delaware Corporation,
    Plaintiff,

v.

WHITE MOUNTAIN MINING CO., LLC
a West Virginia Limited Liability Company,
APACHE MINING CO, LLC
a West Virginia Limited Liability Company,
    Defendants,

WHITE MOUNTAIN MINING CO., LLC
a West Virginia Limited Liability Company,
    Third Party Plaintiff,

v.

AMERICAN METALS & COAL
INTERNATIONAL, INC.,
a Delaware Corporation,
AMERCIAN METALLURGICAL COAL
SALES, L.L.C., a North Carolina
Limited Liability Company, and
SCM, INC., a corporation,
    Third Party Defendants.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 2:05-0822

To:    American Metallurgical Coal Sales, L.L.C.
    c/o John F. Hanzel
    19425-G Liverpool Pkwy
    Cornelius, NC 28031

    **YOU ARE HEREBY SUMMONED** and required to serve on
PLAINTIFF'S ATTORNEY: Brian Glasser, Esq, | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY:
    227 Capitol Street | John A. Rollins, Esq.
    Charleston, WV 25301 | Spencer D. Elliott, Esq.
    | P. O. Box 1746
    | Charleston, WV 25326

an answer to the third-party complaint which is served on you with this summons, within **20** days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties at this action must be filed with the clerk of the court within a reasonable period of time after service.

CLERK Teresa L. Deppner, Clerk      DATE DEC 1 4 2005

(By) DEPUTY CLERK _Eugenio Berger_

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______________

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________

☐ Returned unexecuted: ______________

☐ Other (specify): ______________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________ Date ______________ *Signature of Server*

______________ *Address of Server*

SECRETARY OF STATE
STATE OF WEST VIRGINIA
2005 DEC 11 PM

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.