IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

AMERICAN METALS & COAL
INTERNATIONAL, INC.,
a Delaware corporation,

        Plaintiff,

v.                                 CIVIL ACTION NO.  2:05-cv-00822

WHITE MOUNTAIN MINING CO., LLC, et al.,

        Defendants.

ORDER AND NOTICE

Pursuant to the *Local District Court Rules*, the court **ORDERS** that the following dates be fixed as the times by or on which certain events must occur:

| | |
|---|---|
| 02/06/06 | Motions under *Fed. R. Civ. P.* 12(b), together with supporting briefs, memoranda, affidavits or other such matter in support thereof.  (All motions unsupported by memoranda will be denied without prejudice pursuant to *L.R.* 7.1(a).) |
| 03/02/06 | Last day for Rule 26(f) meeting. |
| 03/09/06 | Last day to file report of Rule 26(f) meeting — See *L.R.* 16.1(b) and *Fed. R. Civ. P.* Form 35. |
| 03/23/06 | Scheduling/status conference with the court and lead counsel **at 11:00 a.m., in Charleston**, unless otherwise directed.  At the scheduling/status conference, the parties shall be prepared to discuss the following: |

    (a)    the discovery to be completed and the amount of time necessary for its completion;
    (b)    the further formulation and simplification of issues, including possible elimination of claims or defenses;
    (c)    the possibility of entering into stipulations regarding issues for trial;
    (d)    the possibility of obtaining admissions regarding facts and documents; and

       (e)    other matters that will assist the parties in reaching a final resolution of this matter.

04/03/06    Entry of scheduling order.

04/07/06    Last day to make Rule 26(a)(1) disclosures.

The parties shall provide the court with a courtesy copy of all documents filed.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

       ENTER:    January 6, 2006

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE