IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AMERICAN METALS & COAL
INTERNATIONAL, INC.,
a Delaware Corporation,

    Plaintiff,

v.

WHITE MOUNTAIN MINING CO., LLC
a West Virginia Limited Liability Company,
APACHE MINING CO, LLC
a West Virginia Limited Liability Company,

    Defendants,

Civil Action No. 2:05-0822

WHITE MOUNTAIN MINING CO., LLC
a West Virginia Limited Liability Company,

    Counterclaimant and Third
    Party Plaintiff,

v.

AMERICAN METALS & COAL
INTERNATIONAL, INC., a corporation;
AMERICAN METALLURGICAL COAL
SALES, L.L.C., a limited liability company;
and SCM, INC., a corporation

    Counterclaim and Third Party Defendants,

SCM, INC., a corporation,

    Counterclaimant and Third Party Plaintiff,

v.

WHITE MOUNTAIN MINING CO., LLC
a West Virginia Limited Liability Company,
APACHE MINING CO, LLC
a West Virginia Limited Liability Company,

    Counterclaim and Third Party Defendants.

FILED
MAR 29 2006
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 28, 2006 he served WHITE MOUNTAIN MINING CO., LLC'S FIRST SET OF INTERROGATORIES, REQUESTS FOR ADMISSIONS AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO SCM, INC. on the persons hereafter set forth by First Class United States Mail, postage pre-paid, to the address noted.

        Charles R. Bailey
        Bailey & Wyant, PLLC
        P.O. Box 3710
        Charleston, WV 25337-3710

Spencer D. Elliott