IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

AMERICAN METALS & COAL
INTERNATIONAL, INC.,
a Delaware corporation,

           Plaintiff,

v.                                          CIVIL ACTION NO.  2:05-cv-00822

WHITE MOUNTAIN MINING CO., LLC, et al.,

           Defendants.

## ORDER

      For reasons appearing to the court, the Scheduling Order entered on February 26, 2007 [Docket 59], is amended as follows:

      1.    <u>Pretrial Conference</u>:  The pretrial conference set for September 6, 2007 is rescheduled for **November 5, 2007 at 10:00 a.m. in Charleston**.  The integrated pretrial order will be due to the court on October 30, 2007.

      2.    <u>Final Settlement Conference</u>:  The final settlement conference set for October 1, 2007, is rescheduled for **November 26, 2007 at 11:00 a.m. in Charleston**.

      3.    <u>Trial</u>:  The trial set for October 2, 2007, is rescheduled for **November 27, 2007 at 9:00 a,m. in Charleston**.  Proposed charges to the jury due November 20, 2007.  Proposed findings of fact and conclusions of law due November 12, 2007.

      The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                          ENTER:        August 28, 2007

                                                            Joseph R. Goodwin, Chief Judge