

## Bailey & Wyant P.L.L.C.
### ATTORNEYS AT LAW

500 Virginia Street East, Suite 600 • P.O. Box 3710 • Charleston, West Virginia 25337-3710
Telephone 304.345.4222 • Telecopier 304.343.3133

1219 Chapline Street • Wheeling, West Virginia 26003
Telephone 304.233.3100 • Telecopier 304.233.0201

Charles R. Bailey, Esquire
cbailey@baileywyant.com

October 11, 2007

Teresa L. Deppner, Clerk of Court
United States District Court
Southern District of West Virginia
P.O. Box 2546
Charleston, WV 25329



Dear Ms. Deppner:

In response to your letter of September 27, 2007 regarding Jennifer Edelman's non-compliance with the Court's mandatory requirement of electronic case filing, please be advised that Ms. Edelman resigned her position with this firm and is no longer an employee of Bailey & Wyant. Please remove her from any case where your records reflect her appearance on behalf of this firm.

Thank you for your assistance with this matter.

Very truly yours,

Charles R. Bailey

CRB/jnj