# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

AMERICAN METALS & COAL
INTERNATIONAL, INC.,
a Delaware corporation,

           Plaintiff,

v.                            CIVIL ACTION NO. 2:05-cv-00822

WHITE MOUNTAIN MINING CO., LLC, et al.,

           Defendants.

## ORDER

For reasons appearing to the court, the Scheduling Order entered on August 28, 2007 [Docket 91], is amended as follows:

    1.    <u>Pretrial Conference</u>: The pretrial conference set for November 5, 2007 is rescheduled for **November 20, 2007 at 1:30 p.m.**.

    2.    <u>Final Settlement Conference</u>: The final settlement conference set for November 26, 2007, is rescheduled for **December 17, 2007 at 11:00 a.m.**

    3.    <u>Trial</u>: The trial set for November 27, 2007, is rescheduled for **December 18, 2007 at 8:30 a,m.**. Proposed charges to the jury due **December 11, 2007.** Proposed findings of fact and conclusions of law due **December 4, 2007.**

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                    ENTER:       October 29, 2007

                                    Joseph R. Goodwin, Chief Judge