# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 11/20/2007                                             Case Number 2:05-cv-822
Case Style: American Metals vs. White Mountain
Type of Hearing Pretrial Conference
2513-Goodwin
Court Reporter Lisa Cook                    Courtroom Deputy Robin Clark
Attorney(s) for the Plaintiff or Government Christopher Morris

Attorney(s) for the Defendant(s) Spencer D. Elliott; Mark E. Troy; John A. Rollins; Jay Arceneaux

Law Clerk Joel Graham                       Probation Officer

### Trial Time

### Non-Trial Time

Pretrial conference (inclding settlement and telephone conferences).

### CourtTime

1:30 pm    to 2:30 pm
Total Court Time: 1 Hours 0 Minutes Non-Trial Time/Uncontested Time

### Courtroom Notes

Scheduled start time 1:30 p.m.
Actual start time 1:30 p.m.

PRETRIAL CONFERENCE
Parties discuss settlement
End time 2:30 p.m.